Fill in this information to identify the case:

Debtor 1 __Kim A Wilson__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Eastern__   District of __VA__
(State)

Case number __13-36628-KLP__

# Form 4100R
## Response to Notice of Final Cure Payment
10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** US BANK TRUST NATIONAL ASSOCIATION
AS TRUSTEE OF CABANA SERIES III TRUST

**Court claim no.** (if known): __9__

**Last 4 digits** of any number you use to identify the debtor's account: __4__ __3__ __0__ __7__

**Property address:** __5738 Berrywood Road__
Number   Street

__Richmond__   __VA__   __23224__
City   State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ __1,755.96__

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   less a suspense balance of $309.81   (c) $ __1,446.15__ *

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   __02__/__01__/__2019__
MM / DD / YYYY

*This response is filed to preserve the lender's interests and may be amended to reflect recent payment changes

Form 4100R   **Response to Notice of Final Cure Payment**   page **1**

Debtor 1 __Kim A Wilson_____     Case number (*if known*) __13-36628-KLP_____
       First Name    Middle Name    Last Name

| Part 4: | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | **Sign Here** |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ __/s/ Dinh H. Ngo_____     Date __04__ / __12__ / __2019__
   Signature

Print __Dinh_____H_____Ngo_____     Title __Attorney for Creditor__
    First Name    Middle Name    Last Name

Company __McCabe, Weisberg & Conway, LLC_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address __312 Marshall Street, Suite 800_____
    Number    Street

__Laurel, MD 20707_____
    City    State    ZIP Code

Contact phone (__301__) __490__ – __3361__     Email __bankruptcyva@mwc-law.com__

## CERTIFICATE OF SERVICE

I hereby certify that on the April 12, 2019 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Suzanne E. Wade
P.O. Box 1780
Richmond, VA 23218-1780

Kevette B. Elliott
Elliott Law Office
The Corporate Centre
5012 Monument Avenue Ste. 201
Richmond, VA 23230


I hereby further certify that on the April 12, 2019, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Kim A Wilson
5738 Berrywood Road
Richmond, VA 23224
(Via U.S Mail)

/s/ Dinh Ngo_____

Dinh Ngo, Esq.